ANNIE BELL, Respondent, *v.* NEW JERSEY STEAMBOAT COMPANY, Appellant.

*Bell* v. *New Jersey Steamboat Co.,* 70 App. Div. 620, affirmed.
(Argued April 2, 1903; decided April 28, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered. March 12, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*W. P. Prentice* and *R. K. Prentice* for appellant.

*F. H. Osborn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, HAIGHT, MARTIN, CULLEN and WERNER, JJ. Absent: BARTLETT, J.